Filed 06/23/09 Case 09-23387 Doc 9

FILED
June 23, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001911109

W. AUSTIN COOPER,
A PROFESSIONAL CORPORATION
W. AUSTIN COOPER, #030652
2525 Natomas Park Drive, Suite 320
Sacramento, CA   95833
Telephone: (916) 927-2525
Facsimile:  (916) 920-0355

Proposed Attorneys for the
Debtor and Debtor-in-possession

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA
(Sacramento Division)

In re

ULTIMATE DEVELOPMENT, INC.,

    Debtor and
Debtor-in-possession.

_____/

Case No.  09-23387-C-7
Chapter 11

**RESPONSE TO ORDER TO SHOW CAUSE**

Date:  June 23, 2009
Time:  9:30 a.m.
Place:  501 I Street, 6th Floor
        Sacramento, CA 95814
        Courtroom 35 (Dept. C)
Judge: Honorable Christopher M. Klein

    The Debtor, ULTIMATE DEVELOPMENT, INC. ("Debtor") responds to the OSC issued May 29, 2009 as follows:

    1.    Kevin Javaheri ("Javaheri"), president of the Debtor appeared at the initial §341(a) Meeting held on March 24, 2009.  His testimony was limited to his name, address and capacity with the Debtor.

    2.    Javaheri invoked his 5th Amendment rights because a Deputy District Attorney from El Dorado was present and wanted to examine him.  The Deputy District Attorney announced that the Javaheri was a target of an ongoing investigation and any evidence would be used against him.

    3.    Javaheri attempted to arrange for another representative of the Debtor to appear at

1

the continued May 26, 2009 meeting. No on appeared.

4.     Neither Debtor no counsel was aware of the continued May 26, 2009 meeting and were not otherwise notified.

5.     Javaheri contacted a criminal defense attorney and is now prepared to testify and attend the July 10, 2009 §341(a) Meeting.

6.     Javaheri informed me that he was out of the state and enable to attend the OSC hearing on June 23, 2009.

The Debtor requests that this OSC be continued to after the July 10, 2009 scheduled §341(a) Meeting to ascertain whether the Debtor in fact attends.

**W. AUSTIN COOPER,**
**A PROFESSIONAL CORPORATION**

Dated: June 23, 2009          By:     /s/ W. Austin Cooper
                                                    W. AUSTIN COOPER, Attorneys for
                                                    Debtor Ultimate Development, Inc.