FORM L51 Final Decree (v.7.06)     09-23387 − C − 7



UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3-200
Sacramento, CA 95814

(916) 930-4400
www.caeb.uscourts.gov
M−F 9:00 AM − 4:00 PM

**FILED**

**11/12/09**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

jjas

## FINAL DECREE

Case Number:    09−23387 − C − 7

Debtor Name(s), Social Security Number(s), and Address(es):

Ultimate Development, Inc.

68-0201538
4821 Golden Foothill Pkwy #250
El Dorado Hills, CA 95762

Trustee:
John R. Roberts
PO Box 1506
Placerville, CA 95667

Telephone Number:    530-626-4732

Office of the United States Trustee:

For cases in the Sacramento Division and Modesto Division:    501 I Street, Room 7-500, Sacramento, CA 95814
For cases in the Fresno Division:    2500 Tulare Street, Suite 1401, Fresno, CA 93721

It appearing to the court that the Trustee in the above-entitled case has completed administration of this estate,

**IT IS ORDERED** that the estate is hereby closed, that the trustee is hereby discharged, and that the trustee's bond is hereby released from further liability, except any liability which may have accrued during the time such bond was in effect for the estate of this case.

Dated:
11/12/09

For the Court,
Richard G. Heltzel , Clerk